FORSBERG & COMPANY, a Copartnership, etc., v. SEATTLE FIRST NATIONAL BANK et al.

No. 10047.

Circuit Court of Appeals, Ninth Circuit.

May 11, 1942.

James R. Gates, of Seattle, Wash., and Hogan & Adams, of Aberdeen, Wash., for appellants.

Graham, Howe & Dunn, Hayden, Merritt, Summers & Bucey, and Robbins & Rickles, all of Seattle, Wash., for appellees.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

This cause coming before the Court on default of the appellant in failing to make deposit covering estimated expense of printing transcript of record as required by Rule 19 of the Rules of this Court, and it appearing from the files that appellants' counsel have been notified that such default would be called to the Court's attention on this date, and counsel for appellants having indicated that this cause has been settled, ordered appeal herein dismissed for failure of appellants to make deposit as required by Rule 19 of the Rules of this Court, that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.

ESTATE of Paul GAVIATI, Deceased, Linda Vatuone, Executrix, v. COMMISSIONER OF INTERNAL REVENUE.

No. 10141.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1942.

Louis Janin, of San Francisco, Cal., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.